**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KIMBERLY GOMEZ,

        Plaintiff,

v.                                                                                          Case No:   6:23-cv-1765-CEM-LHP

OPTAVISE, LLC,

        Defendant

---

## ORDER

Upon review of Plaintiff's Response to the Court's September 23, 2024 Order to Show Cause (Doc. No. 41), the September 23, 2024 Order to Show Cause (Doc. No. 38) is hereby **DISCHARGED**.   However, it is clear from Defendant's Motion (Doc. No. 36) and Plaintiff's Response (Doc. No. 41) that counsel for both parties have failed to comply in full with the conferral requirements of Local Rule 3.01(g) and the Standing Order on Discovery Motions.   *See* Local Rule 3.01(g); Doc. No. 25 ¶ 1 (requiring good faith conferrals to be held in person or via telephone).  **The parties are cautioned that future failures to comply in full with these conferral requirements may result in the imposition of sanctions without further notice.**  It is further **ORDERED** that future motions filed in this case must contain a detailed

Local Rule 3.01(g) certification containing the following: the date, time, and length of the conferral, the method by which the conferral was conducted, and the results of the conferral efforts. Failure to comply with this requirement and/or the requirements of Local Rule 3.01(g) and the Standing Order on Discovery Motions will result in the summary denial of the offending motion.

**Counsel are reminded of their obligation to engage in civil and cooperative discovery.** *See* **Middle District Discovery (2021) § (I)(A).**

**DONE** and **ORDERED** in Orlando, Florida on October 7, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties